**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                               Case No.:  16−32213−JNP
                               Chapter:  13
                               Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan A. Davis
   1307 Tanglewood Dr
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2952

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2017
JAN: cmf

                                                                                      Jeanne Naughton
                                                                                       Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 16-32213-JNP
Ryan A. Davis                                                       Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Jun 22, 2017
                                Form ID: 148                Total Noticed: 27
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db            +Ryan A. Davis,    1307 Tanglewood Dr,    Sicklerville, NJ 08081-1166
516510265      Capital One,   Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
516510268     +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516510271     +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                Syosset, NY 11791-4401
516510272     +Extra Space Storage,    103 Ark Rd,   Mount Laurel, NJ 08054-6301
516510273     +Family Fun Daycare, LLC,    6002 Wayne Ave,    Pennsauken, NJ 08110-1736
516560827      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
516510275     +Jacinda Davis,    551 N. Church St,    Moorestown, NJ 08057-1702
516750288     +NJSVS, Surcharge Violation System Office,    NJSVS Bankruptcy Unit,    PO Box 4850,
                Trenton, NJ 08650-4850
516806694     +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516654612     +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
516510277     +Orion Portfolio Services LLC,    25 SE 2nd Ave, Ste 120,    Miami, FL 33131-1506
516510279     +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
516609063      US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516703311      Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516510266     +EDI: CAUT.COM Jun 22 2017 22:03:00     Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516510267     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 22 2017 22:20:17     Comcast,
                401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
516510269     +EDI: CCS.COM Jun 22 2017 22:03:00     Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
516510274      EDI: IRS.COM Jun 22 2017 22:04:00     Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA 19114
516561818      EDI: CAUT.COM Jun 22 2017 22:03:00     JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                Phoenix, AZ  85038-9505
516702956      EDI: PRA.COM Jun 22 2017 22:03:00     Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516510278     +EDI: SWCR.COM Jun 22 2017 22:03:00     Southwest Credit Systems,
                4120 International Pkwy #1100,    Carrollton, TX 75007-1958
516510280     +EDI: VERIZONEAST.COM Jun 22 2017 22:05:00     Verizon,   500 Technology Dr,   Suite 500,
                Weldon Spring, MO 63304-2225
516510281     +EDI: VERIZONEAST.COM Jun 22 2017 22:05:00     Verizon,   500 Technology Dr Ste 30,
                Saint Charles, MO 63304-2225
516704827     +EDI: WFFC.COM Jun 22 2017 22:04:00     Wells Fargo Bank N.A.,    PO Box 5058 MAC P6503021,
                Portland, OR 97208-5058
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516510270*    +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
516543624*     Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
516510276*    +Jacinda Davis,    551 N. Church St,    Moorestown, NJ 08057-1702
516510282*    +Verizon,   500 Technology Dr Ste 30,    Saint Charles, MO 63304-2225
516510283*    +Verizon,   500 Technology Dr Ste 30,    Saint Charles, MO 63304-2225
                                                                                         TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                         Signature:   /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Jun 22, 2017
                               Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Ryan A. Davis ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 4
```